BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 026202)
  mblecher@blechercollins.com
Courtney A. Palko (State Bar No. 233822)
  cpalko@blechercollins.com
Alyson C. Decker (State Bar No. 252384)
  adecker@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

CHARLES T. COLLETT, P.C.
  ctcollett@earthlink.net
620 Newport Center Drive, Suite 280
Newport Beach, California 92660
Telephone: (949) 640-7676
Facsimile: (949) 640-5858

Attorneys for Plaintiff AFMS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AFMS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE CO. and FEDEX CORPORATION,<br><br>　　　　　　　Defendants. | Case No. CV-10-05830-JGB-AJW<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**PLAINTIFF'S UNOPPOSED REQUEST FOR A PAGE LIMIT EXTENSION FOR PLAINTIFF'S SUMMARY JUDGMENT OMNIBUS OPPOSITION** |

Plaintiff AFMS LLC ("AFMS") hereby submits its request for an extension on the page limits for its Omnibus Opposition to Defendants' Motions for Summary Judgment.

## I. PLAINTIFF'S REQUEST FOR PAGE LIMIT EXTENSION

In compliance with the Court's April 2, 2013 Scheduling Order, Plaintiff will be filing an Omnibus Opposition in response to Defendants' two motions for summary judgment on June 21, 2013. Given the breadth of the two Motions for Summary Judgment, amounting to nearly 80 pages of briefing, AFMS is asking for an order extending the page limit on its Omnibus Opposition to 70 pages. Defendants do not oppose this request.

Plaintiff is aware of the Court's Standing Order regarding page limits and is mindful of the comments contained therein. Nevertheless, Plaintiff believes that this is a situation that warrants additional page allocations and that good cause exists for such an extension.

On April 2, 2013 the Court granted an order, Docket No. 126, permitting defendants United Parcel Service Co. ("UPS") and FedEx Corporation ("FedEx") to each file opening briefs in support of their respective summary judgment motions of up to 40 pages in length. Defendants took full advantage of the Court's order to extensively brief their motions for summary judgment raising multiple and complex legal, economic, and factual issues including: (1) the evidence surrounding the alleged conspiracy; (2) the question of antitrust standing; (3) market definition; and (4) harm to competition. Additionally, in each of their briefs, UPS and FedEx each adopted some of the arguments that the other Defendant had made in their individual brief.

In responding to these two detailed motions for summary judgment, Plaintiff has decided to file an Omnibus Opposition so as to respond in one single document to all the arguments raised by Defendants including those drafted, and then adopted, by one or the other Defendant. In order to be able to fully respond to the

issues raised by Defendants, AFMS will need additional pages beyond those currently permitted under the Court's Standing Order, (a combined total of 50 pages for two oppositions to two motions for summary judgment). Thus, good cause exists to expand the page limit to 70 pages for one Omnibus Opposition to both of Defendants' motions for summary judgment.

Dated: June 3, 2013

BLECHER COLLINS
PEPPERMAN & JOYE, P.C.
MAXWELL M. BLECHER
COURTNEY A. PALKO
ALYSON C. DECKER

CHARLES T. COLLETT


By: /s/ Alyson C. Decker
     Alyson C. Decker
Attorneys for Plaintiff AFMS LLC

56198.1