PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
RBorenstein@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
UNITED PARCEL SERVICE CO.

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AFMS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE CO. and FEDEX CORPORATION,<br><br>　　　　　Defendants. | Case No. CV10-05830 JGB (AJW)<br><br>**DEFENDANTS' JOINT REQUEST TO EXTEND PAGE LIMITS FOR REPLY MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:  August 5, 2013<br>Time:  9:00 a.m.<br>Ctrm:  1<br><br>Hon. Jesus G. Bernal |

1       Defendants United Parcel Service Co. ("UPS") and FedEx Corporation
2  ("FedEx") hereby submit a joint request for an extension of the page limits for each
3  of Defendants' Reply Memoranda in Support of Defendants' Respective Motions
4  for Summary Judgment to 30 pages.  Plaintiff AFMS LLC ("AFMS") does not
5  oppose this request.
6       The parties are aware of this Court's Standing Order limiting replies to 12
7  pages and are mindful of the comments therein.  Nonetheless, the parties believe
8  that this antitrust case is one of the "rare instances" that warrants additional page
9  allocations and that good cause exists for such an extension.
10      On April 2, 2013, the Court issued an order permitting UPS and FedEx to
11  each file an opening brief in support of their respective motions for summary
12  judgment of up to 40 pages.  (ECF 126.)  On June 3, 2013, the Court issued an
13  order permitting AFMS to file an Omnibus Opposition in response to Defendants'
14  two motions for summary judgment of up to 70 pages in length.  (ECF 155.)
15  Together, the opening and opposition briefs address a number of complex issues of
16  law and fact, including: (1) antitrust standing, (2) market definition, (3) harm to
17  competition, and (4) conspiracy.  In support of its opposition, AFMS has submitted
18  well over 3500 pages of testimony and exhibits that Defendants must address.
19      Given that AFMS's opposition raises arguments that are directed at the
20  defendants' respective opening briefs, UPS and FedEx intend to file separate reply
21  briefs.  While there are some issues that are common to the defendants, there are
22  separate claims against each and each has specific factual arguments unique to
23  itself.  Due to the complexity of these issues, defendants anticipate that they may
24  require up to 30 pages for each of their reply briefs.  For those legal issues that are
25  common to the two defendants, UPS and FedEx will use their best efforts to avoid
26  duplication and each will thus endeavor to file reply memoranda that are less than
27  30 pages in length, if possible.
28      Good cause thus exists to expand the page limit to 30 pages for each of the

1  defendants' respective reply briefs in support of their motions for summary
2  judgment.

                                                Respectfully Submitted,

Dated: June 25, 2013    MORRISON & FOERSTER LLP

                                                By: /s/ Sean P. Gates
                                                       Sean P. Gates

                                                Attorneys for Defendant
                                                UNITED PARCEL SERVICE CO.

Dated: June 25, 2013    FEDERAL EXPRESS CORPORATION

                                                By: /s/ M. Kimberly Hodges
                                                       M. Kimberly Hodges

                                                Attorneys for Defendant
                                                FEDEX CORPORATION

la-1214689