PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
RBorenstein@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
UNITED PARCEL SERVICE CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AFMS LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED PARCEL SERVICE CO. and FEDEX CORPORATION,<br><br>                    Defendants. | Case No. CV10-05830 JGB (AJW)<br><br>**NOTICE OF ERRATA TO OPENING AND REPLY BRIEFS IN SUPPORT OF UNITED PARCEL SERVICE CO.'S MOTION TO FOR SUMMARY JUDGMENT**<br><br>Date:  August 5, 2013<br>Time: 9:00 a.m.<br>Ctrm: 1<br><br>Hon. Jesus G. Bernal |

1      NOTICE TO THE COURT, ALL PARTIES AND TO THEIR

2  ATTORNEYS OF RECORD:

3      Defendant United Parcel Service Co. ("UPS") submits this notice to correct

4  two typographical errors in UPS's briefs in support of its motion for summary

5  judgment:

6      1.    In UPS's opening brief (ECF 130-1), at page 17, line 12, add "(Lay, J.,

7  dissenting)."

8      2.    In UPS's reply brief (ECF 196), at page 4, n.1, line 25, delete "failed

9  to."

10

11  Dated:    July 31, 2013            MORRISON & FOERSTER LLP

12

13                                     By:  /s/ Paul T. Friedman
                                            Paul T. Friedman
14
                                       Attorneys for Defendant
15                                     UNITED PARCEL SERVICE CO.

16

17  la-1218258

18

19

20

21

22

23

24

25

26

27

28

1