PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90018-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
UNITED PARCEL SERVICE CO.

COLLEEN HITCH WILSON (*Pro Hac Vice*)
chitchwilson@fedex.com
M. KIMBERLY HODGES (*Pro Hac Vice*)
kim.hodges@fedex.com
3620 Hacks Cross Road, Building B, Third Floor
Memphis, Tennessee 38125
Telephone: (901) 434-8600
Facsimile: (901) 434-4523

Attorneys for Defendant
FEDEX CORPORATION

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AFMS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE CO. and FEDEX CORPORATION,<br><br>  Defendants. | Case No. CV10-05830 JGB (AJW)<br><br>**JUDGMENT**<br><br>Hon. Jesus G. Bernal |

la-1285878

1  For the reasons set forth in the Court's Order Granting Defendants' Motions
2  for Summary Judgment (Doc. No. 296), the Court hereby enters judgment in favor
3  of Defendants United Parcel Service Co. ("UPS") and FedEx Corporation (FedEx)
4  and against Plaintiff AFMS LLC.

5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that AFMS
6  take nothing from its claims against UPS and against FedEx, that the action be
7  dismissed with prejudice as to UPS and as to FedEx, and that UPS and FedEx
8  recover their respective costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

Dated: May 12, 2015

_____
Hon. Jesus G. Bernal
United States District Judge

Approved as to form:

BLECHER COLLINS
PEPPERMAN & JOYE, P.C.

By: _____
    Maxwell M. Blecher
Attorneys for Plaintiff AFMS LLC

la-1285878